FILED-CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS** 05 MAR -4  PM 4: 05
**MARSHALL DIVISION**

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| **SMARTDISK CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. **2 - 0 5 C V - 1 0 1** |
| | ) | *TJW* |
| **ARCHOS S.A., and** | ) | |
| **ARCHOS INC.** | ) | **Jury Trial Requested** |
| | ) | |
| **Defendant.** | ) | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SmartDisk Corporation (a/k/a SmartDisk) alleges the following in support of its complaint for patent infringement against defendants Archos S.A. and Archos Inc. (collectively referred to herein as "Archos"):

### THE PARTIES

Plaintiff SmartDisk Corporation ("SmartDisk") is a Delaware corporation with its principal place of business at 12780 Westlinks Drive, Ft. Myers, Florida 33913.

SmartDisk develops, manufactures and sells, inter alia, electronics products. SmartDisk transacts business in this District.

1    Upon information and belief, defendant Archos S.A. is a French corporation with its principal place of business at 12 rue Ampere, 91430 Igny, France. Upon information and belief, Henri Crohas is the Chairman and General Manager of Archos S.A.

2. Upon information and belief, defendant Archos Inc. is a California corporation with its principal place of business at 3-A Goodyear, Irvine, California 92618. Upon information and belief, Henri Crohas is the Chief Executive Officer and a director of Archos Inc.

3. Upon information and belief, Archos S.A. is the parent company of Archos Inc. Archos S.A. designs and manufactures electronic picture viewing products, which it offers to sell, sells, distributes and imports in and into the United States.

4. Upon information and belief, Archos Inc. offers for sale, sells, distributes, imports, and services electronic picture viewing products in and into the United States.

5. Archos S.A. and Archos Inc. are direct competitors of SmartDisk in certain areas of business, including electronic picture viewers, and for which, upon information and belief, Archos S.A. and Archos Inc. have imported, distributed, offered, sold and/or serviced relevant products in the United States.

### JURISDICTION AND VENUE

6. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. §§ 271 and 281-285. Jurisdiction is conferred on the Court pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this District under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b).

7. Archos has transacted business and committed acts of infringement within the State of Texas and, more particularly, within this District, and are subject to the personal jurisdiction of this Court.

8. Archos has offered for sale, imported, and sold electronic products capable of being used to view pictures in this District.

9      Archos S.A. and Archos, Inc. reside in this District for purposes of venue, insofar as they are subject to personal jurisdiction in this District, have committed acts of infringement in this District, have sales representatives that solicit business in this District, provide services in or to this District, encourage others to practice infringing methods in this District, and conduct other business in this District.

## INFRINGEMENT OF THE '202 PATENT

10      On December 2, 2003, the U.S. Patent and Trademark Office duly and legally issued United States Patent No. 6,658,202 ("the '202 patent") entitled "Portable Data Transfer and Mass Storage Device For Removable Memory Modules" to SmartDisk, as assignee of the inventors Michael S. Battaglia and Offie Lee Drennan. The '202 patent is in full force and effect. SmartDisk is the legal owner of the '202 patent and possesses all rights of recovery under the '202 patent, a copy of which is attached as Exhibit 1.

11.      SmartDisk manufactures and sells products covered by the '202 patent and teaches and encourages customers to use the methods covered by the '202 patent. The SmartDisk products covered by the '202 patent bear the trademark FLASHTRAX®.

12      The inventive products and methods covered by SmartDisk's '202 patent have achieved and enjoyed substantial commercial success. For example, they are award winning products and are well known in the industry. In addition, the '202 patent has enjoyed licensing success.

13.      Archos is a direct competitor of SmartDisk. Archos imports, distributes, offers to sell and/or sells infringing products and encourage others to practice infringing methods that compete in the marketplace with SmartDisk's products and methods covered by the '202 patent

Archos' infringing actions have caused SmartDisk to lose sales and/or to reduce its prices to compete with Archos.

14.     Archos' activities have directly infringed one or more claims of the '202 patent.

15.     Archos has contributorily infringed and is continuing to contributorily infringe one or more claims of the '202 patent by offering to sell and selling in the United States, and/or by importing into the United States, without authorization, components of the '202 patented invention constituting a material part of the invention, knowing the same to be especially made or adapted for use in an infringement of the '202 patent by others, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

16.     Upon information and belief, Archos has knowingly induced infringement and is continuing to knowingly induce infringement of one or more claims of the '202 patent by specifically encouraging and inducing others to practice the '202 patented invention within the United States.

17      SmartDisk has been damaged as a result of Archos' infringement of the '202 patent and will continue to be damaged unless such infringement is enjoined by this Court. Pursuant to 35 U.S.C. § 284, SmartDisk is entitled to damages adequate to compensate for the infringement, including, inter alia, lost profits, price erosion, and/or a reasonable royalty.

18.     At least as early as January 21, 2004, SmartDisk put Archos on actual notice of its claim for infringement of the '202 patent.

19.     SmartDisk has complied with the marking requirements of 35 U.S.C. sec. 287.

20.     Despite having notice of the '202 patent, Archos has intentionally continued its infringing acts without justification, and therefore, is infringing willfully.

### JURY REQUEST

21.     SmartDisk requests a jury trial of all issues in this action so triable.

**WHEREFORE**, SmartDisk respectfully requests that the Court enter a judgment against Archos as follows:

(a)     adjudicating that Archos S.A. and Archos Inc. have infringed United States Patent No. 6,658,202;

(b)     enjoining Archos S.A. and Archos Inc. and their officers, directors, agents, employees, representatives, distributors, servants, attorneys and all persons in active concert or participation with them from further acts of infringement of the '202 Patent;

(c)     awarding actual damages against Archos S.A. and Archos Inc. sufficient to compensate SmartDisk for Archos S.A. and Archos Inc.'s infringement of the SmartDisk patent-in-suit;

(d)     requiring an accounting for sales and profits by Archos as a result of the infringement;

(e)     awarding of enhanced damages;

(f)     awarding prejudgment and post-judgment interest in the maximum rate allowed by law;

(g)     awarding reasonable attorneys' fees and costs of suit;

(h)     granting such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

Sam Baxter
Texas Bar No. 01938000
**McKOOL SMITH, P.C.**
505 East Travis Street, Suite 105
P.O. Box O
Marshall, Texas  75670

Theodore Stevenson, III
Texas Bar No. 19196650
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  214-978-4000
Facsimile:  214-978-4044

**ATTORNEYS FOR
SMARTDISK CORPORATION**

Of Counsel:

Duane M. Byers
Nixon & Vanderhye, P.C.
1100 North Glebe Road, Suite 800
Arlington, Virginia  22201
Telephone:  703-816-4000
Facsimile:  703-816-4100

# EXHIBIT 1

US006658202B1

## (12) United States Patent
### Battaglia et al.

(10) Patent No.: **US 6,658,202 B1**
(45) Date of Patent: **Dec. 2, 2003**

(54) **PORTABLE DATA TRANSFER AND MASS STORAGE DEVICE FOR REMOVABLE MEMORY MODULES**

(75) Inventors: **Michael S. Battaglia**, Naples, FL (US); **Offie Lee Drennan**, Naples, FL (US)

(73) Assignee: **SmartDisk**, Naples, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/149,448**

(22) Filed: **Sep. 9, 1998**

(51) Int. Cl.⁷ ............................................. H04N 5/225

(52) U.S. Cl. ............... 386/117; 386/124; 386/125; 358/909.1

(58) Field of Search ................... 386/117, 46, 124, 386/125; 348/231.99, 231.1, 231.2, 231.3, 231.9, 220.1; 358/906, 909.1; H04N 5/225

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,837,628 A | * | 6/1989 | Sasaki | 348/220.1 |
| 6,005,613 A | * | 12/1999 | Endsley et al. | 348/231 |
| 6,020,982 A | * | 2/2000 | Yamauchi et al. | 358/909.1 |
| 6,256,063 B1 | * | 7/2001 | Saito et al. | 348/231.99 |

* cited by examiner

*Primary Examiner*—Vincent Boccio
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

(57) **ABSTRACT**

A hand-held battery powered device for transferring data between one or more flash memory modules and a mass storage device. The device includes one or more slots to accept a flash memory module into a housing which includes fixed or removable mass storage device and logic circuitry disposed within the housing for transferring data between the flash memory module and mass storage device. Ports are disclosed for transferring data from the resident mass storage device to the user's computer.

**25 Claims, 7 Drawing Sheets**





FLASH MEMORY
INPUT PORT 27

OPTIONAL
SECOND MEMORY
INPUT PORT 24

DISPLAY/
INDICATOR

14  12

CIRCUIT BOARD
28

USER INTERFACE
KEYS

16

18

SERIAL/
PARALLEL
PORTS 30

BATTERY
COMPARTMENT
26

HOUSING 10

MASS STORAGE
DEVICE 20

*Fig. 1*



**Fig. 2**



**Fig.3**



FIRMWARE FLOW DIAGRAM
MAIN SYSTEM OPERATION

*Fig. 4*

COPY OPERATION
DATA FROM MODULE TO MASS STORAGE



*Fig. 5D*

*Fig. 5A*

ERASE  OPERATION
ERASE DATA FROM MODULE



*Fig. 5B*

COMPUTER INTERFACE COMMAND
UPLOAD / DOWNLOAD DATA, AND REMOTE CONTROL



Fig. 5C

US 6,658,202 B1

## PORTABLE DATA TRANSFER AND MASS STORAGE DEVICE FOR REMOVABLE MEMORY MODULES

### FIELD OF THE INVENTION

This invention relates generally to data transfer and storage devices. More particularly, the invention relates to a hand-held, battery-powered, portable device for transferring data between, for example, a flash memory module used in conjunction with a digital camera or audio device and a mass storage device.

### BACKGROUND AND SUMMARY OF THE INVENTION

Over recent years, digital cameras have been rapidly growing in worldwide popularity. Such cameras provide many advantages over the conventional film camera. For example, digital cameras do not require the time and financial expenditures of conventional cameras in terms of film development. Digital cameras are designed to be used in conjunction with a wide range of sophisticated computer graphics processing packages not available for conventional film cameras. Display devices associated with certain digital cameras advantageously provide the photographer with an enhanced ability to frame desired images and to review pictures just taken.

Digital cameras, however, are not without their disadvantages. Conventional high resolution digital cameras are currently very costly and employ expensive memory media which are capable of only capturing a relatively limited number of pictures. Such cameras may utilize a flash memory module having a storage capacity of, for example, 2 to 32 megabytes. These memory modules become increasingly more expensive as the storage capacity increases.

A high resolution digital camera with a conventional flash memory module may only have a storage capacity to permit a photographer to take a very limited number of pictures such as, for example, a half dozen or even fewer pictures. The vacationing photographer may choose to undertake a major expense to be assured of having enough memory modules to record memorable events from a two week vacation.

In accordance with an exemplary embodiment of the present invention, this digital camera shortcoming is overcome by a hand-held, battery-powered portable device for transferring data between a flash memory module and a mass storage device. The mass storage device may be able to store, for example, the contents of the equivalent of hundreds of flash memory modules.

In accordance with one exemplary embodiment of the present invention, the contents of a flash memory module inserted into an insertion memory port in the portable hand-held device is downloaded under operator control to a mass storage device in the form of a fixed or removable hard disk drive. Thereafter, the memory module is reinitialized so that it may be immediately reused in its associated camera.

The above-described features and other advantages of the present invention will become apparent from the following detailed description of the present invention when taken in conjunction with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective illustration of an exemplary embodiment of the present invention showing a hand-held housing and an exemplary component layout.

FIG. 2 is an exemplary block diagram of an exemplary implementation of the data transfer and storage system shown in FIG. 1.

FIG. 3 is a block diagram depicting the system controller logic shown in FIG. 2.

FIG. 4 is a flowchart of exemplary firmware depicting the portable storage device main system operation.

FIGS. 5A–5D are flowcharts delineating the sequence of processing for copy, erase, and computer interface command operations.

### DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

FIG. 1 is a schematic, perspective illustration of an exemplary embodiment of the data transfer and storage device in accordance with the present invention. The battery-powered device for transferring data includes a housing 10, which preferably is of a size which can be comfortably held in a user's palm and which is lightweight and readily portable.

As shown in the right hand portion of FIG. 1, the data transfer device includes a flash memory input port 22. In the exemplary embodiment, port 22 is utilized to receive and electrically couple a memory module removed from a digital camera (or other device) to the mass storage device 20 under microprocessor control, as will be explained further in conjunction with FIGS. 2–5. In the presently preferred embodiment, flash memory input port 22 is designed to receive the commercially available Toshiba SmartMedia flash memory module standard. The SmartMedia memory standard is utilized in various digital cameras and may be directly interfaced with a PC's disk drive, for example, via the commercially available FlashPath product. The Smart-Media module includes a flash memory chip, and processing circuitry in the form of a state control machine which controls reading and writing operations to an 8-bit bus. It should be understood that the present invention is not limited to any particular memory media, but may be utilized in conjunction with a variety of memory media where bulk data transfer is desirable. Although the memory module in the presently preferred embodiment contains image data captured from a digital camera, it should be understood that it alternatively may store any type of computer data including audio data used, for example, to reproduce music.

The data transfer and storage device of the presently preferred exemplary embodiment additionally includes an optional second memory input port 24, which is preferably designed to receive a storage media of a different standard than the memory media received in input port 22. By way of example only, the second memory input port 24 is designed to receive the CompactFlash or MMC media sold by SanDisk Corporation and/or the Sony Memory Stick. One or more of the memory media inserted into input ports 22 and 24 may include a microcontroller for performing more sophisticated processing operations as, for example, is done in the CompactFlash product.

Thus, the data transfer and storage device of the presently preferred embodiment is designed to accept more than a single standard flash memory card, and includes multiple slots (e.g., two or more) to support more than one standard. Because input ports 22 and 24 accept memory media of different standards, the media are coupled to mass storage device 20 via different interface and/or control logic circuitry as will be appreciated by those skilled in the art.

User interface keys 16, 18 are utilized by a user to initiate a download of information from the memory media to the

**3**

mass storage device 20 At least one control key is provided for initiating the download operation Another user interface key is used to reformat the memory module in accordance with its requirements for reuse in, for example, a digital camera for taking further photographs The memory module is reformatted to reinitialize the memory module to place it in its initial default state where no data is stored A "reformat" control key/button may be utilized to, for example, initiate the erasure of data stored on the media By way of example, the erasure operation may delete all the files on the media, or in more sophisticated embodiments delete certain directories or subdirectories

In an alternative embodiment of the present invention, the user interface keys 16, 18 comprise a portion of a miniaturized keyboard, which may, for example, be utilized to select particular files and directories to copy to the mass storage device 20, which may (prior to downloading) be displayed on, for example, an LCD display (not shown) Graphical images may be displayed on the LCD display so that the user may preview a particular video image to decide whether it should be saved for long term storage. Such a capability advantageously provides the user with added selectivity and flexibility as to what image data is most desirable to maintain in mass storage device 20

As opposed to using an LCD display, the user display may include, for example, LED display indicators 12 and 14. Display indicators 12 and 14 may display a wide range of status indications such as, for example, indicating that the flash memory copying operation is complete, and that the power is on Additional display indicators may show the status of other operations such as, for example, a download operation being in progress

FIG. 1 also depicts printed circuit board 28, which supports the electronic components schematically represented in FIG 1 and which is shown in further detail in FIG. 2 These components are preferably powered by rechargeable batteries stored in battery compartment 26 and/or an AC adapter may be used

Data is extracted from the FIG 1 data transfer device through serial/parallel ports 30 Ports 30 are utilized, for example, after flash memory module data has been downloaded from multiple modules to mass storage device 20 The serial/parallel ports 30 permit downloading information from the FIG 1 portable data repository to the user's personal computer at a convenient future time

Ports 30 are intended to encompass a wide range of I/O ports including, for example, a Universal Serial Bus (USB), a parallel port, and a high speed serial port, such as a Fire Wire port or any desired subset of these or other known ports The ports 30 may be designed to receive modules plugged into sockets for operating one of the desired ports

Mass storage device 20 is preferably a commercially available hard drive. By way of example, such a hard drive may be a 2 5 inch hard drive or other appropriately sized hard drive commercially available from various vendors The mass storage device 20 preferably includes at least one gigabyte of storage The mass storage device 20 may, in accordance with one embodiment of the present invention, be fixed internally, or in another embodiment, removable from housing 10 In accordance with yet another embodiment of the present invention, the mass storage device 20 may be a battery backed SRAM. By way of example only, another option for mass storage device 30 is a high capacity flash memory module

FIG 2 is a block diagram showing the electronic interconnection between components of an exemplary embodi-

**4**

ment of the data transfer and storage device of the present invention. As also depicted in FIG 1, FIG. 2 includes a flash memory socket 22 and a second memory socket 24 which may be, by way of example only, respectively configured to receive Toshiba's commercially available SmartMedia, SanDisk's Compact Flash or MMC media, or the Sony Memory Stick. The SmartMedia is, in the exemplary embodiment, directly connected to system bus 33 System controller logic 54 includes the logic circuitry for transferring data from, for example, the Smart Media and Compact Flash memory media onto the system bus 33 for transfer to mass storage device 20 as will be explained below in conjunction with the description of FIG 3

FIG 3 is an exemplary implementation of the FIG 2 system controller logic 54 coupled to memory media receiving sockets 24, 25 and 26 In accordance with an exemplary embodiment, sockets 24 and 26 are conventional PCMCIA ports which are electrically and mechanically compatible with the memory media coupled thereto Thus, the Compact Flash socket 24 is a PCMCIA socket which is mechanically and electrically compatible with a Compact Flash media If storage device 20 is implemented as a hard drive, a conventional hard drive ATA/IDE socket 25 is used to couple mass storage device 20 to the system controller logic 54 If mass storage device 20 is selected to be a removable hard drive, then a PCMCIA socket 26 may be utilized

The system controller logic 54 manages the various memory devices to which it is connected under processor 31 control via system bus 33. The system controller logic 54 includes a SmartMedia address register 64 which is coupled to the flash memory/Smart Media socket 22 and which stores the Smart Media starting address to be accessed. Data may then be written to or read from the identified Smart-Media flash memory starting address. Similarly, RAM address registers 66 define desired starting addresses in RAM 32

DMA controller 68 manages data flow between the various memory devices and may be implemented by a conventional DMA controller having a byte transfer counter and control registers. Through DMA controller 68, data may be moved from, for example, SmartMedia to RAM 32 Under such circumstances, processor 31 loads the appropriate addresses into Smart Media address register 64 and RAM address register 66. The byte transfer counter in DMA controller 68 is then loaded by processor 31 with the number of bytes to be transferred and a DMA controller 68 control register is loaded with information specifying the appropriate operation

A conventional PCMCIA controller 60 may be utilized to control data exchange operations between the media in PCMCIA sockets 24 and 26 and devices coupled to system bus 33 Controller 60 includes an address decoder (not shown) that is coupled to the system bus 33 Controller 60 also includes configuration registers (not shown) which identify configuration information such as the number of memory media or other devices to which it is connected and the device which is currently communicating with processor 31. Controller 60 also includes a storage device for buffering data, and internal buses for interconnecting controller components A conventional ATA/IDE controller 62 interfaces hard drive 20 with the system bus 33 and the devices connected thereto. As described above in conjunction with controller 60, ATA/IDE controller 62 includes an address decoder, configuration registers, a memory and internal bus for interfacing with hard drive 20

Turning back to FIG. 2, data transfers are preferably initiated via a user keyboard, control keys, or buttons 36

US 6,658,202 B1

5

under the control of processor 31. In one embodiment of the present invention, a miniature keyboard is utilized by a user to associate notes with an identified image, change the name of files, or to selectively create directories identifying where the user desires to move data.

As set forth in conjunction with the description of FIG. 1, the present invention contemplates a wide range of possible user graphic interfaces. For example, LED's may be utilized to indicate a downloading or other status condition. Alternatively (or additionally, if desired), an LCD display may be utilized for visually depicting, for example, a file name or subdirectory to permit the user to selectively delete undesirable pictures, which also may be displayed for the user to review.

Processor 31 may be any of a wide range of processors but preferably is a RISC-based, for example, 8 bit processor, such as the Atmel 8513. Processor 31, like each of the other components embodied in the data transfer and storage device, is selected to provide optimally low power consumption. Thus, while a variety of different processors may be selected, processor 31 is preferably a high speed processor having extremely low power consumption. The processor's operating system is resident in ROM 34.

The data transfer and storage device shown in FIG. 2 also includes RAM 32. RAM 32 stores operating system (and other processing) variables and buffers data being transferred between, for example, memory modules inserted into ports 22 and 24 and mass storage device 20.

The serial/parallel ports 30 represented in FIG. 1 are shown in FIG. 2 as USB interface 40, Fire Wire interface 42, and parallel port interface 44. These interfaces are utilized for transferring data from mass storage device 20 to, for example, a user's PC or notebook computer. For users having older computers which do not include a USB or Fire Wire interface, parallel port interface 44 may be utilized for downloading data to the user's computer. For newer computers, high speed data transfer may be accomplished via the USB or Fire Wire interfaces 40 or 42, respectively. The output interface ports shown in FIG. 2 are provided by way of example to indicate that a variety of interfaces are contemplated for interfacing with a wide range of user's computers.

The portable device shown in FIG. 2 typically operates under battery power such as, for example, rechargeable AA batteries 50. Power supply 48, in addition to being powered by batteries 50, may also receive external power to permit a user upon arriving home to save battery power by using household power during uploading information to his or her computer. The external power source also permits batteries 50 to be recharged if rechargeable batteries are being used.

Mass storage 20 is preferably a hard drive as set forth in conjunction with FIG. 1. It is also contemplated that mass storage 20 may be a removable hard drive, a SRAM, or a large storage capacity, high density flash memory or other mass memory media which is commercially available today or becomes commercially available in the future. Mass storage device is coupled to control logic 54 via an ATA/IDE bus or a PCMCIA.

FIG. 4 is a firmware flowchart showing an exemplary set of processing operations that the present preferred embodiment sequences through. After power is turned on (100), processor 31 executes a power-on self test routine whereby the integrity of the device is initially confirmed. The device internal logic is exercised and checked to a limited extent before operating data transfer device. Initially, the integrity

6

of processor 31 and its associated firmware is checked. Next, the user interface functions, the I/O ports, and the mass storage device are checked (102). The power-on self tests include executing diagnostic routines to ensure, for example, that RAM 32 is operational.

Thereafter, a command interpreter loop is entered (104). The system monitors all associated input/output devices for activity to determine the next operation to initiate (104). As represented schematically at block 106, an operation is initiated by a user, for example, actuating a copy or erase button. Alternatively, activity may be detected by processor 31 via the FIG. 2 USB, Fire Wire, or parallel ports 40, 42, and 44 (110). If activity is detected via the host computer system input, then processor 31 must interpret the host command.

At block 108 a check is made to determine whether the detected operational command is a copy memory module command. If so, "copy" operation processing is initiated, whereby data from a memory module is downloaded to mass storage 20 as set forth in the flowchart of FIG. 5A. Initially, the integrity of the data in the memory module is verified to determine that the memory media is a valid module (120). Thus, if the data stored in the memory module does not conform with the appropriate standard format, a "copy" operation will not be performed and an indication will be displayed to the user that the memory module is bad. Such an indication may be displayed, for example, via a status indicating LED or on an LCD display (122).

If the data integrity of the module is good, then subdirectories are created on the mass storage unit (124). Thus, in the process of making such data transfers, processor 31 creates appropriate subdirectories which, for example, may be sequentially numbered for each module that is inserted into, for example, socket 22. Each flash memory module may include its own subdirectory having all the contents of that module resident therein. The contents of the module is then copied into the created subdirectory. After the subdirectory has been created at block 126, the directory structure from the module is copied to the mass storage device (126). Thereafter, the files from the memory module are copied to the mass storage device 20 into the directory structure that had been created (128).

After the data has been copied, the integrity of the data that has been copied is verified to, for example, determine whether data has been loaded onto a defective portion of the hard drive, or whether there has been a power failure or a component failure (130). If the data cannot be verified, then an indication that the copying operation failed is conveyed to the user via a status LED or via an LCD display (132). If desired, an indication of the nature of the error may be displayed on an LCD display. If the integrity of the data is verified, then the user receives an indication that the copying operation has been successfully completed via a status LED or LCD (134) and the routine branches back to the command interpreter block 104 to await further activity.

If a copy memory module operation was not initiated then, as shown in FIG. 4, a check is made to determine whether an "erase memory" command has been initiated (140). If so, the routine branches to the flowchart shown in FIG. 5B, which delineates erase operation processing. Erase operation processing is utilized, for example, to prepare a flash memory module for reuse so that further pictures can be taken with the user's digital camera. Initially, a check is made to verify the data integrity of the memory module (150). This check ensures that the module has, for example, the proper data fields or supported density or supported

US 6,658,202 B1

7

voltage before any operation is performed thereon. If the memory module is determined to be bad, then the user receives a "bad memory media" indication, either via a status LED or via an LCD display (152).

If the module has been verified as being a valid module, then the desired files are deleted from the module (154). If the files cannot be deleted, then information is conveyed to the user that the erase operation has failed via a status LED or an LCD display (156). After the files have been deleted, memory media subdirectories are deleted (158). If the sub-directories cannot be deleted, then an indication is conveyed to the user that the erase operation failed via status LED or a LCD display (160). After subdirectories have been deleted, an indication is conveyed to the user that the erasure operation was successful via a status LED or LCD display (162) and the routine branches back to the FIG. 4 command interpreter.

If an "erase memory module" operation has not been initiated, then a check is made at block 170 to determine whether a computer interface command was initiated. If so, the routine branches to the FIG. 5C flowchart depicting computer interface command processing.

Computer interface processing typically occurs after the user, for example, has completed a photography session and has interconnected the portable data storage and transfer device to his or her PC. During such operations a user may download pictures stored in the mass storage device to the PC or alternatively, upload, for example, pictures stored in the PC to the portable storage device's mass media.

Initially, a check is made at block 200 to determine whether an I/O request has been received from a user's host PC and, if so, what kind of request has been initiated. As indicated at block 202, a check is made as to whether the requested activity is to upload or download data from or to mass storage device 20 to, for example, upload or download pictures (202). By uploading pictures from a user's PC, the portable data transfer and storage device thereafter may be utilized to hand-carry highly desirable pictures from one user's PC to another user's PC. Depending upon the desired direction of data transfer, data is either read from or written to the host or the mass storage device 20 (204). As indicated in FIG. 5D, a status report is then sent to the host and the routine branches back to FIG. 4 and its command interpreter block 104. During the data transfer process from or to the mass storage, the user would have the ability to delete files, rename files, and a wide range of other conventional file processing operations. Such host/mass storage data exchanges operate under the control of software resident in the user's PC.

As indicated at block 206, a check is also made to determine whether data exchanges are to take place between the memory module and the host computer (206). In this fashion, reading to or writing from the host to the memory module is controlled (208). Similar to exchanges between the host PC and mass storage, a wide range of data transfer operations may be controlled. After the host to memory module data exchange, a status report is sent to the host (210) and the routine branches back to the FIG. 4 command interpreter 104.

If the processing of block 200 reveals that an I/O request was received from the host, a check is also made to determine if the request was a diagnostics command (212). Such diagnostics may appropriately be initiated either during the device manufacturing phase or for user diagnostics. Initially, a check is made as to whether to initialize mass storage 20 (214). If the check at 214 indicates that mass

8

storage is to be initialized to, for example, recover from a failure, the storage device 20 is reformatted (216), a status report is transmitted to the host (FIG. 5D at 210), and the routine branches back to the FIG. 4 command interpreter (104).

If the check at block 214 indicates that the mass storage 20 is not to be initialized, then a check is made to determine whether self test processing is to be initiated (218). If self tests are to be initiated, then self test processing begins (220). The self tests performed at block 220 are more comprehensive than the power-on self tests previously referenced in that they output diagnostic information useful to service personnel for correcting a problem relating to processor 31 and its associated firmware, the user interface devices, the I/O ports and the mass storage device. Upon completion of these tests, the host processor is sent a status report (210) and the routine branches to the FIG. 4 command interpreter block 104.

If no self test command was received, a check is made to determine whether the memory media should be tested (222). If so, the integrity of data from the memory module is checked to respond for example, to a user complaint that the memory media can not be read. Service personnel can then determine that, for example, a particular data field has been corrupted requiring reformatting of the module. If no memory module testing has been initiated, the routine branches back to the command interpreter at block 104.

If no computer interface command has been initiated as determined at block 170, a check is made at 172 (FIG. 4) to determine if the user has depressed a power off key or alternatively has let the data transfer device sit idle for more than a predetermined idle time. If so, the device powers down (174). If not, the routine branches back to command interpreter block 104 to continue checking for command related activity.

The present invention may be utilized in a wide range of applications in addition to being used by amateur photographers. For example, the present invention may be used in conjunction with a team of professional photographers covering an event for a newspaper or magazine. Individual photographers having digital cameras may, for example, meet at a central location and transfer flash memory modules to a colleague having the present data transfer and storage device for storage of all the data. Such accumulated data may thereafter be downloaded to the newspaper's or magazine's central office computer.

It will be understood by those skilled in the art that the foregoing description is in the terms of a preferred embodiment of the present invention, wherein various changes and modifications may be made without departing from the spirit and scope of the invention as set forth in the appended claims.

What is claimed is:

1. For use in transferring image data between a removable flash memory module and a user's computer, a portable, hand-held, digital camera picture image data transfer and repository device embodied in a housing connectable to both a removable flash memory module and a user's notebook or desktop computer and which is of a size which can be held in a user's palm, said repository device comprising:

a housing of a size to be held in the palm of a user's hand and including a memory input port sized to receive a digital camera flash memory module and including an output port for coupling said portable repository device to a user's computer;

a hard disk drive operatively coupled to receive and store picture image data from a digital camera flash memory

US 6,658,202 B1

9                                                          10

module inserted into said memory input port and for storing said image data, said hard disk drive being accessible for downloading said image data from said portable repository device to a user's computer;

data transfer circuitry for controlling the transfer of data stored in said digital camera flash memory module inserted into said memory input port to said hard disk drive,

an LCD display device for displaying data indicative of the picture image data of the flash memory module, and

an output interface, coupled to said hard disk drive, for use in transferring image data stored in said hard disk drive to said user's computer, said output interface being compatible with an interface of said user's computer.

2  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 1, further including:

processing circuitry for reformatting a digital camera memory module inserted into said memory input port to place said digital camera memory module into a state where it can be reused in the user's digital camera for picture capture without erasing desired picture image data

3  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 1, wherein said output interface includes a USB interface operatively coupled to said hard disk drive for transferring picture image data to a user's computer

4  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 1, further including:

at least one control key for initiating predetermined operations relating to said digital camera memory module

5  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 4, wherein said at least one control key is part of a keyboard and wherein said data transfer circuitry is responsive to user initiation of a key to control the transfer of data from said memory module to said hard disk drive

6  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 1, further including:

a display for indicating the status of said repository device.

7  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 1, further including:

a further memory input port in said housing sized to receive a further storage module, said data transfer circuitry being operable to selectively transfer the contents of said digital camera memory module and said further storage module to said hard disk drive

8  A portable, hand-held, digital camera picture image data transfer and repository device in accordance with claim 1, wherein said hard drive is removable

9  For use in transferring data between a removable flash memory module and a user's computer, a portable, hand-held, general purpose, digital data transfer and repository device embodied in a housing connectable to both a removable flash memory module and a user's notebook or desktop computer and which is of a size which can be held in a user's palm, said repository device comprising:

a housing of a size to be held in the palm of a user's hand and including a memory insertion section for receiving

a first digital flash memory module, and for receiving a second digital flash memory module and including an output port for coupling said portable repository device to a user's computer,

a hard disk drive contained within said hand-held housing and operatively coupled to receive and store digital data from said first digital flash memory module and said second digital flash memory module, said hard disk drive being accessible for data transfer between said portable repository device and a user's computer;

processing circuitry contained within said hand-held housing for controlling the transfer of data stored in said first digital flash memory module and second digital flash memory module to said hard disk drive;

an LCD display device for displaying data indicative of the contents of at least one of said first digital flash memory module and said second digital flash memory module, and

an output interface, coupled to said hard disk drive, for use in transferring data between said hard disk drive and said user's computer, said output interface being compatible with an interface of said user's computer

10  A portable, hand-held, digital data transfer and repository device in accordance with claim 8, wherein said processing circuitry is operable to reformat a memory module inserted into one of the memory input ports to place the memory module into a state where it can be reused

11  A portable, hand-held, digital data transfer and repository device in accordance with claim 9, wherein said output interface includes a USB interface operatively coupled to said hard disk drive for transferring data to a user's computer

12  A portable, hand-held, digital data transfer and repository device in accordance with claim 9, further including a display.

13  For use in transferring data between a removable flash memory module and a user's computer, a portable, hand-held, digital data transfer and repository device embodied in a housing connectable to both a user's notebook or desktop computer and which is of a size which can be held in a user's palm, said repository device comprising:

a housing of a size to be held in the palm of a user's hand and including a memory input port for receiving a digital flash memory module and including an output port for coupling said portable repository device to a user's computer,

a hard disk drive contained within said hand-held housing and operatively coupled to receive and store digital data from said digital flash memory module inserted into said memory input port, said hard disk drive being accessible for data transfer between said portable repository device and user's computer;

at least one control key for initiating an operation relating to the data stored in said digital flash memory module;

processing circuitry contained within said hand-held housing for controlling the transfer of data stored in said digital memory module to said hard disk drive,

an LCD display device for displaying data indicative of the contents of the flash memory module, and

an output interface, coupled to said hard disk drive, for use in transferring data between said hard disk drive and said user's computer, said output interface being compatible with an interface of said user's computer

14  A portable, hand-held, digital data transfer and repository device in accordance with claim 13, wherein said

US 6,658,202 B1

11

processing circuitry is operable to reformat a memory module inserted into said memory input port to place the memory module into a state where it can be reused

15. A portable, hand-held, digital data transfer and repository device in accordance with claim 13, wherein said output interface includes a USB interface operatively coupled to said hard disk drive for transferring data to a user's computer

16 A portable, hand-held, digital data transfer and repository device in accordance with claim 13, further including:

a further memory input port in said housing sized to receive a further storage module, said processing circuitry being operable to selectively transfer the contents of said digital memory module and said further storage module to said hard disk drive

17 A method of operating a portable, hand-held digital camera picture image data transfer and repository device to permit a digital camera flash memory module to be reused and to transfer said image data between a removable flash memory module of a digital camera and a user's computer, said data transfer and repository device including an output port for coupling said portable repository device to a user's computer, a hard disk drive and further including an output interface, coupled to said hard disk drive, for use in transferring image data stored in said hard disk drive to said user's computer, said output interface being compatible with an interface of said user's computer, said method comprising the steps of;

inserting into a memory input port of said repository device a digital camera flash memory module having picture image data stored therein;

transferring picture image data from the digital memory module to said hard disk drive within said repository device;

displaying data on an LCD display on said repository device indicative of the contents of said flash memory module, and

reformatting said digital camera flash memory module so that it may be reinserted into a digital camera for picture taking

18 A method according to claim 17, further including the step of:

transferring picture image data to a user's computer via said output interface in said portable repository device

19 A method according to claim 17, further including the step of:

displaying on a display screen on said portable device data indicative of at least part of the contents of said digital camera memory module.

20 For use in transferring data between a removable flash memory module and a user's computer, a portable, hand-held, digital data transfer and repository apparatus embodied in a housing connectable to both a removable flash memory module and a user's notebook or desktop computer and which is of a size which can be held in a user's palm, said repository device comprising:

12

a housing of a size to be held in the palm of a user's hand including an output port for coupling said portable repository device to a user's computer;

a memory input receiving section in said housing for receiving a digital flash memory module,

a hard disk drive contained within said hand-held housing and operatively coupled to receive and store digital data from said digital flash memory module inserted into said memory input receiving section, said hard disk drive being accessible for data transfer between said repository device and a user's computer;

an LCD display for displaying data indicative of at least part of the contents of said digital flash memory module;

processing circuitry contained within said hand-held housing for modifying the contents of said digital memory module so that it may be reused in said user's device, and

an output interface, coupled to said hard disk drive, for use in transferring data between said hard disk drive and said user's computer, said output interface being compatible with an interface of said user's computer

21. A portable, hand-held, digital data transfer and repository apparatus in accordance with claim 20, wherein said output interface includes a USB interface operatively coupled to said hard disk drive for transferring data to and from a user's computer.

22 A portable, hand-held, data transfer and repository apparatus in accordance with claim 20, wherein said user s device is a digital camera and wherein said processing circuitry is operable to reformat a digital camera memory module inserted into said memory input receiving section to place said digital camera memory module into a state where it can be reused in said digital camera for picture capture

23 A portable, hand-held, data transfer and repository apparatus in accordance with claim 20, further including:

at least one control key for initiating predetermined operations relating to said digital memory module

24 A portable, hand-held, data transfer and repository apparatus in accordance with claim 23, wherein processing circuitry is responsive to user initiation of a key to control the transfer of data from said memory module to said hard disk drive

25. A portable, had-held, data transfer and repository apparatus in accordance with claim 20, further wherein said memory input receiving section is operable to receive a further memory module structurally distinct from said digital memory module and further including data transfer circuitry operable to transfer the contents of said digital memory module to said hard disk drive and to transfer the contents of said further storage module to said hard disk drive

* * * * *