**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SMARTDISK CORPORATION,**  **Plaintiff**  **vs.**  **ARCHOS S.A. and ARCHOS INC.,**  **Defendant.** | Civil Action No.: 2-05 CV-101-TJW  Before: Hon. T. John Ward |

### PLAINTIFF'S REPLY TO ARCHOS S.A. AND ARCHOS INC.'S COUNTERCLAIM

Plaintiff SmartDisk Corporation hereby responds to each paragraph comprising the counterclaim of Archos S.A. and Archos Inc., as follows:

1. SmartDisk admits this Court has jurisdiction over Archos' counterclaim.

2. SmartDisk admits venue is proper.

3. SmartDisk is unable to admit or deny Archos S.A.'s place of incorporation and principal place of business.

4. SmartDisk is unable to admit or deny Archos, Inc.'s state of incorporation and principal place of business.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

                                                    Respectfully submitted,

DATED:  March 1, 2006            ___/s/ Sam Baxter_____
                                                   Sam Baxter, Lead Attorney

                                                   TX State Bar No. 01938000
                                                 Theodore Stevenson, III
                                                 TX State Bar No. 19196650
                                                 MCKOOL SMITH, P.C.
                                                 P.O. Box O
                                                 Marshall, Texas 75671
                                                 Telephone: (903) 927-2111
                                                 Fax: (903) 927-2622
                                                 sbaxter@mckoolsmith.com
                                                 tstevenson@mckoolsmith.com

                                                 ATTORNEYS FOR PLAINTIFF
                                                 SMARTDISK CORPORATION

Of Counsel:

Duane M. Byers
Nixon & Vanderhye, P.C.
1100 North Glebe Road, Suite 800
Arlington, Virginia  22201
Telephone:  703-816-4000
Facsimile:  703-816-4100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel, pursuant to the Federal Rules of Civil Procedure on March 1, 2006.

                                                 /s/ Sam Baxter_____

                                                 Sam Baxter