**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **SMARTDISK CORPORATION,**<br><br>    **Plaintiff**<br><br>**vs.**<br><br>**ARCHOS S.A. and ARCHOS INC.,**<br><br>    **Defendant.** | **Civil Action No.: 2-05 CV-101-TJW**<br><br>**Before: Hon. T. John Ward** |

## ORDER

Before the Court is SmartDisk's Motion For Extension Of Time To File Response To Defendants Motions For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,658,202 and 6,987,927.  The Court finds the motion well-taken and GRANTS the motion.

It is hereby ORDERED, that SmartDisk shall have until and including April 30, 2007, to file its responses to Archos' motions for summary judgment.

SIGNED this 25th day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

Dallas 237040v1