**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SMARTDISK CORPORATION,**<br><br>     Plaintiff<br><br>vs.<br><br>**ARCHOS S.A. and ARCHOS INC.,**<br><br>     Defendant. | **Civil Action No.: 2-05 CV-101-TJW**<br><br>    Before: Hon. T. John Ward |

## ORDER

Before the Court is SmartDisk's Agreed Motion For Extension Of Time To File Response To Defendants Motions For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,658,202 and 6,987,927.  The Court finds the motion well-taken and GRANTS the motion.

It is hereby ORDERED, that SmartDisk shall have until and including Wednesday, May 2, 2007, to file its responses to Archos' motions for summary judgment.

SIGNED this 2nd day of May, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE