**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SMARTDISK CORP. | § | |
| | § | |
| vs. | § | CASE NO. 2:05-CV-101 |
| | § | |
| ARCHOS S.A. ET AL. | § | |
| | § | |

## **ORDER**

The court has fully considered Smartdisk's Motion for Leave to Supplement its Infringement Contentions to add the Archos 404, 504, and 604 devices (#76). Smartdisk's arguments are well-taken and persuasive. The court **GRANTS** Smartdisk's motion and **ORDERS** Smartdisk to serve Archos with its supplemental infringement contentions on or before May 9, 2007.

SIGNED this 3rd day of May, 2007.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE